UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

ERIC JOEL CARRION-CRUZ,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. 05-1884 (JAF)

(Criminal No. 95-003)

**O R D E R**

Petitioner, Eric Joel Carrión-Cruz, requests a certificate of appealability from this court to appeal our dismissal on December 1, 2005, of his 28 U.S.C. § 2255 petition. See 28 U.S.C. § 2253(c)(2) (1996).

A certificate of appealability may be granted only upon a substantial showing of the denial of a constitutional right. 28 U.S.C. §§ 2253(c)(2) and (3) (1996). Upon reviewing the record, we find Petitioner's claim entirely insubstantial for the reasons stated in our Opinion and Order of December 1, 2005, Docket Document No. 6. Accordingly, we **DENY** Petitioner's request for a certificate of appealability, Docket Document No. 11.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 29th day of March, 2006.

                                            S/José Antonio Fusté
                                            JOSE ANTONIO FUSTE
                                            Chief U. S. District Judge